IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                        **4:10CR11-SPM**

**RONTARION LAMAR REED**
_____/

## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION

The Defendant, Rontarion Lamar Reed, through his attorney, has moved for a psychiatric or psychological examination to determine his competency to stand trial. *See* 18 U.S.C. §4241(a). The government has moved for such an examination and also for an examination to determine Mr. Reed's sanity at the time of the charged offense. *See* Fed. R. Crim. P.12.2 ( c ); 18 U.S.C. § 4242(a). Good cause has been shown for an examination within the Bureau of Prisons.

Mr. Reed is currently in the custody of the United States Marshal's Service in Tallahassee.

For these reasons,

IT IS ORDERED:

1. Based on 18 U.S.C. § 4247(b), the defendant is committed to the custody of the Attorney General or his designated representative for placement in a suitable facility.

2. It is recommended that the facility be the one at Butner, North Carolina, or Miami, Florida.

3. The commitment is for the period needed to meet the requirements of this order. The commitment period under 18 U.S.C. § 4247(b) will begin when the defendant arrives at the

facility. Any period in custody prior to that time will be pretrial detention en route to the commitment.

  4. The examination must determine whether at this time there is reasonable cause to believe that the defendant is suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense. The examination must also determine whether the defendant was insane at the time of the charged offense. The examination must be conducted as soon as practicable after arrival facility.

  5. The appropriate authorities of the facility must render a written report as soon as practicable. The report must be filed with the court, with copies to the attorneys for the defendant and for the government. The report must include:

    a. The defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings; and

    d. The examiner's opinions on diagnosis, prognosis, whether the defendant was insane at the time of the charged offense, and whether he suffers from a mental disease or defect to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

6. The United States Marshal Service transport the Defendant to the designated facility as soon as possible.

SO ORDERED this <u>twenty-third</u> day of June 2010.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge